ORIGINAL

```
                                              FILED
                                         U.S. DISTRICT COURT
                                            AUGUSTA DIV.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

```
2015 APR -1  AM 9:50

CLERK_____
    SO. DIST. OF GA.
```

| | | |
|---|---|---|
| LISTER HARRELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 314-163 |
| TIM VAUGHN; LYNN SHEFFIELD; DONALD HELMS; DeNAE DOUGLAS; and JEFF HINSON, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 21). Plaintiff concedes that he did not provide accurate responses to the questions on the complaint form but asks that the Court excuse his mistake. The Court declines to do so. Plaintiff's characterization of the dishonesty in his complaint as a mistake rings hollow in light of the extensive number of cases he has filed in the Southern District of Georgia. Moreover, as the case law cited in the Report and Recommendation makes clear, failing to disclose prior filing history will not be tolerated, and the Eleventh Circuit has repeatedly approved of dismissing a case without prejudice as a sanction. (See doc. no. 19, pp. 5-6.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without

prejudice as a sanction for Plaintiff's abuse of the judicial process, and **CLOSES** this civil action.

SO ORDERED this 31st day of March, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE