# United States District Court
## Southern District of Georgia

LISTER HARRELL,

    Plaintiff,

V.

TIM VAUGHN; LYNN SHEFFIELD; DONALD HELMS; DeNAE DOUGLAS; and JEFF HINSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV314-163

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 1, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this case is DISMISSED without prejudice as a sanction and this case stands CLOSED.

April 1, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk